AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:20-cv-02842-WFJ-SPF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

RECEIVED 2020 DEC 11 PM 2:27
CLERK US DISTRICT COURT
TAMPA, FLORIDA

This summons for *(name of individual and title, if any)* Polk County Board of County Commissioners
was received by me on *(date)* 12/02/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

X I served the summons on *(name of individual)* Michael Craig , who is
designated by law to accept service of process on behalf of *(name of organization)* Polk County Board of
County Commissioners on *(date)* December 7, 2020 @ 8:30am ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* United States Postal Service Certified, Registed Mail,
Receipt No. 7020-2450-0001-9162-01583.

My fees are $ 250.00 for travel and $ _____ for services, for a total of $ 250.00 .

I declare under penalty of perjury that this information is true.

Date: 12/10/2020

/s/ Michael JG Saunders
Server's signature

/s/ Michael JG Saunders
Printed name and title

1450 Newell Road
Richmond, Virginia 23225

Server's address

Additional information regarding attempted service, etc:
December 7, 2020 at 8:30 am
Delivered to Agent for Final Delivery
BARTOW, FL 33830
Tracking Number: 70202450000191620153

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Mr. James L. Williams, pro se
2729 St. Cloud Oaks Dr.
Valrico, FL 33594

*Plaintiff(s)*

v.

Polk County Board of County Commissioners
330 W Church St.
Bartow, FL 33830

*Defendant(s)*

Civil Action No. 8:20-cv-2842-T-02SPF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Polk County Board of County Commissioners
330 W Church St.
Bartow, FL 33830

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mr. James L. Williams, pro se
2729 St. Cloud Oaks Dr.
Valrico, FL 33594
(813) 239-6115
Jam8willia@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Alejandro Castillo

Date: December 2, 2020

*Signature of Clerk or Deputy Clerk*